UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-08573-DSF-RAO                    Date January 23, 2023

Title      Manook Cherkezyan v. Jo Anne B. Barnhart

Present: The Honorable:    Rozella A. Oliver, United States Magistrate Judge

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Recorder / Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS)    ORDER TO SHOW CAUSE**

    This action was filed on November 23, 2022, by Manook Teresa Cherkezyan  ("Plaintiff") against Jo Anne B. Barnhart[1] ("Defendant").  On January 18, 2023, Defendant filed a Consent to Proceed.  Plaintiff has not yet filed the required proof of service of the Summons and Complaint. *See* L.R. 73-2.2.

    The Court orders Plaintiff to show cause why this action should not be dismissed. Plaintiff shall show cause in writing on or before **January 30, 2023**.  The Court will consider the filing of the following as an appropriate response to this order:

- Proof of service of summons and complaint.

    In accordance with Rule 78 of the Federal Rules of Civil procedures and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's order may result in the dismissal of the action.

    IT IS SO ORDERED.

                                                               :

Initials of Preparer    dl

---

[1] The Court recognizes the current Acting Commissioner of Social Security to be Kilolo Kijakazi and directs counsel to address futures filings as such.