JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOOK T. C.,[1]<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,[2]<br>Commissioner of Social Security,<br>Defendant. | Case No. CV 22-08573-RAO<br><br>**JUDGMENT** |

In accordance with the Court's Order Reversing filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and the matter is REMANDED to the Commissioner for further proceedings consistent with the Court's Order Reversing.

DATED: February 15, 2024

*/s/ Rozella A. Oliver*

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, the Commissioner of Social Security, is hereby substituted as the defendant.